■ In the Matter of FREDDIE ARAN et al., Appellants, v ANTHONY SADOWSKI et al., Constituting the Board of Elections of the City of New York, and ROBERT SANCHO, Respondents.—Judgments, Supreme Court, New York County, each entered on August 23, 1978, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Silverman, Markewich, Sandler and Sullivan, JJ.

■ In the Matter of CHARLES R. JOHNSON et al., Appellants, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK, and MORTON VAN ALLEN et al., Respondents.—Judgment, Supreme Court, Bronx County, entered on August 23, 1978, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Silverman, Markewich, Sandler and Sullivan, JJ.